# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0456
Lower Tribunal No. 2022-CA-011243

_____

AGRICULTURAL FUELS CORP.,

Appellant,

v.

DEPARTMENT OF ENVIRONMENTAL PROTECTION,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

WHITE and SMITH, JJ., and BUTZ, K.P., Associate Judge, concur.


Raymond J. Rotella, of Kosto & Rotella, P.A., Orlando, for Appellant.

Justin G. Wolfe, General Counsel, Tallahassee, and Jeffrey Brown and Richard Gillis, of State of Florida Department of Environmental Protection, Tallahassee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED